

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street
San Jose, CA 95113
*cand.uscourts.gov*

November 1, 2019

RE:  v. Malhas
     19-cv-03709-BLF

Default is declined as to WADE MALHAS on November 1, 2019.

Susan Y. Soong, Clerk

_/s/ P. Cromwell_

by:  Patty Cromwell
Case Systems Administrator

*REV. 7-19*