# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WADE MALHAS,<br><br>Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER RE LETTER** |

On November 20, 2019, the Court received a letter from David B. Shiner, a lawyer who represented Defendant Wade Malhas in other matters. Because the letter contains personal medical information, the Court hereby ORDERS that this letter be filed under seal on the docket.

**IT IS SO ORDERED.**

Dated: Nov 21, 2019

_____
BETH LABSON FREEMAN
United States District Judge