# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WADE MALHAS, <br> Defendant. | Case No. 19-cv-03709-BLF <br><br> **ORDER REQUESTING STATUS REPORT FROM THE GOVERNMENT** |

On October 31, 2019, the Government moved for entry of default. ECF 9. The Clerk declined the Government's motion for entry of default because the motion did not include a declaration that Defendant is neither an infant nor an incompetent person, and is not serving in the armed forces of the United States. ECF 10.

Accordingly, and in light of the letter the Court received on November 20, 2019, which is filed under seal, the Court hereby REQUESTS a status report from the Government regarding the progress of the case. *to be filed no later than Dec 1, 2019*

**IT IS SO ORDERED.**

Dated: *Nov 21, 2019*

_____
BETH LABSON FREEMAN
United States District Judge