# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WADE MALHAS,<br><br>    Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE FOR DECEMBER 19, 2019 AT 11:00 A.M.** |

In its November 26, 2019 status report, the Government requests that the Court set an initial case management conference to move the case forward or, in the alternative, the Government requests a status conference for the Court to provide guidance for how the Court desires to proceed in this matter. The Court hereby SETS a case management conference for **Thursday, December 19, 2019 at 11:00 a.m.**

   **IT IS SO ORDERED.**

Dated:  November 27, 2019

_____
BETH LABSON FREEMAN
United States District Judge