**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WADE MALHAS,<br><br>        Defendant. | Case No.  19-cv-03709-BLF<br><br>**ORDER REQUESTING STATUS REPORT FROM THE GOVERNMENT** |

On February 13, 2020, the Government informed the Court that efforts were ongoing to find local counsel to represent Defendant Wade Malhas.  ECF 19.  The Government requested that it submit another status report in 60 days, which would give Defendant additional time to obtain counsel and allow the parties to discuss the path forward in this case.  Accordingly, the Court REQUESTS a status report from the Government regarding the progress of this case **on or before April 13, 2020.**

**IT IS SO ORDERED.**

Dated: February 13, 2020

_____
BETH LABSON FREEMAN
United States District Judge