# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WADE MALHAS,<br><br>    Defendant. | Case No. 19-CV-03709-BLF<br><br>**ORDER REQUESTING FURTHER STATUS REPORT FROM THE GOVERNMENT** |

On April 14, 2020, the parties informed the Court that counsel for Defendant Wade Malhas has now appeared in the case and that the parties were attempting to resolve the case without extensive litigation. ECF 22. The Government anticipates that this process should take no longer than 60 days and requests that the Court set a date for a status report no sooner than 60 days from the date of its April 14, 2020 status report. ECF 22. Accordingly, the Court hereby REQUESTS a further status report from the Government regarding the progress of this case **on or before June 15, 2020.**

**IT IS SO ORDERED.**

Dated: April 14, 2020

_____
BETH LABSON FREEMAN
United States District Judge