# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>WADE MALHAS,<br><br>        Defendant. | Case No.  19-cv-03709-BLF<br><br>**ORDER REQUESTING MOTION FOR DEFAULT JUDGMENT** |

On July 6, 2020, the Government filed a status update informing the Court that negotiations in an attempt to resolve this matter without extensive litigation had been unsuccessful, and counsel for Defendant had not filed an answer or other responsive pleading to the Complaint in this case. *See* Status Report, ECF 25. Further, the Government wrote that the it intended to file a motion for default judgment under Fed. R. Civ. P. 55(a)(2) within 30 days. *Id.* Therefore, the Court REQUESTS that the Government file its motion or a status report **on or before August 28, 2020**.

**IT IS SO ORDERED.**

Dated: August 14, 2020

_____
BETH LABSON FREEMAN
United States District Judge