# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br> v.<br><br>WADE MALHAS,<br><br>   Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER VACATING OCTOBER 8, 2020 HEARING** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's motion for default judgment (ECF 27) is appropriate for determination without oral argument. Accordingly, the Court VACATES the scheduled October 8, 2020, hearing as to this motion.

**IT IS SO ORDERED.**

Dated: September 24, 2020

_____
BETH LABSON FREEMAN
United States District Judge