1  DAVID A. HUBBERT
   Acting Assistant Attorney General
2
3  RICK WATSON (Georgia Bar No. 741771)
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Washington, D.C.  20044
   202-353-0300 (v)
6  202-307-0054 (f)
   Rickey.watson@usdoj.gov
7
8  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:19-cv-03709-BLF |
| Plaintiff, | **UNITED STATES' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| WADE MALHAS, | |
| Defendant. | |

The United States hereby notifies the Court that it has no opposition to the Motion to Withdraw as Counsel filed by defendant's counsel on August 9, 2021.

The United States intends to file a motion to appoint a guardian for Mr. Malhas under Fed. R. Civ. P. 17(c)(2); however, that rule only applies to unrepresented parties. Absent an order from the Court directing that the United States may file a motion under Fed. R. Civ. P. 17(c)(2) sooner, the United States will file such a motion within 14 days of the Court's order approving the withdrawal. If the Court does not grant the motion, the United States will confer with counsel for Mr. Malhas and work to file a motion for appropriate relief.

Respectfully submitted this 23rd day of August, 2021.

          _____DAVID A. HUBBERT
          Acting Assistant Attorney General

          */s/Rick Watson*
          RICK WATSON
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Washington, D.C. 20044
          202-353-0300 (v)
          202-307-0054 (f)
          Rickey.watson@usdoj.gov

          Attorneys for the United States