# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>WADE MALHAS,<br><br>        Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER ADVANCING HEARING ON MOTION TO WITHDRAW AS ATTORNEY** |

The hearing on counsel for Defendant's Motion to Withdraw as Attorney (ECF No. 30), currently scheduled for Thursday, November 4, 2021 at 9:00 a.m., is hereby ADVANCED to Wednesday, November 3, 2021 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 14, 2021

_____
BETH LABSON FREEMAN
United States District Judge