# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff,<br>　v.<br>WADE MALHAS,<br>　　　　Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER STAYING CASE; DEFERRING RULING ON MOTION TO WITHDRAW** |

Today, the Court held a hearing on counsel for Defendant's motion to withdraw. ECF No. 30. The Parties did not object to a stay of the case while the Government considers whether to proceed, given the difficulties in locating a guardian for Defendant.

Accordingly, this case is STAYED until January 7, 2022. No later than that date, the Parties SHALL file a joint status report providing an update on whether the Government will proceed with this case and, if so, whether a guardian for Defendant has been located. The Court defers ruling on the pending motion to withdraw until that time.

**IT IS SO ORDERED.**

Dated: November 3, 2021

_____
BETH LABSON FREEMAN
United States District Judge