# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>   v.<br><br>WADE MALHAS,<br><br>           Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER REQUESTING STATUS REPORT** |

The Court has not received the status report that was due on May 20, 2022 regarding the referral to the Orange County Public Guardian. *See* ECF No. 46. Counsel for Mr. Malhas SHALL submit the status report no later than **June 8, 2022**.

**IT IS SO ORDERED.**

Dated: May 31, 2022

_____
BETH LABSON FREEMAN
United States District Judge