# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>WADE MALHAS,<br><br>        Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER REQUESTING FURTHER STATUS REPORT**<br><br>[Re: ECF No. 48] |

The Court has received the joint status report indicating that Defendant's counsel is in the process of gathering information to submit an application for appointment of a public guardian for Defendant. ECF No. 48. The parties note that following submission of the application, it could take the Orange County Public Guardian several months to conduct an investigation into whether appointment of a public guardian is warranted. *Id.*

In light of the status report, the parties SHALL submit a further joint status report **no later than December 9, 2022**. The joint status report may include a request for a status conference, if warranted. This case otherwise remains STAYED.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
BETH LABSON FREEMAN
United States District Judge